# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZINATE SAVEH, | Case No. 1:13-cv-0260-AWI-BAM |
|     Plaintiff, | **ORDER AFTER SETTLMENT** |
| vs. | |
| WALGREENS, ANDREW TERRY and DOES 1 through 100, inclusive, | |
|     Defendants. | |
| _____/ | |

    Plaintiff has filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, no later than **August 19, 2014**, to file appropriate papers to dismiss or conclude this action in its entirety.

    This Court VACATES all pending dates and matters.

    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated: __July 24, 2014__            /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE