1  Mina L. Ramirez, Esq. (SBN 118302)
   Kevin M. Massoni, Esq. (SBN 284677)
2  LAW OFFICE OF MINA L. RAMIREZ
   1165 Scenic Drive, Suite C-1
3  Modesto, California 95350
   (209) 491-0199 (telephone)
4  (209) 575-9497 (facsimile)

5  Attorneys for Plaintiff,
   Zinate Saveh
6

**FILED**
AUG 21 2014
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9                         FRESNO DIVISION

10

11 | ZINATE SAVEH,                    )  Case No.: 1:13-cv-00260-AWI-BAM
                                      )
12 |          Plaintiff,              )  JOINT NOTICE OF DISMISSAL
                                      )
13 |     vs.                          )
                                      )
14 | WALGREENS, ANDREW TERRY and      )
     DOES 1 through 100, inclusive,   )
15 |                                  )
                                      )
16 |          Defendants.             )
                                      )
17 |_____ )

18     Plaintiff ZINATE SAVEH and Defendants WALGREENS and ANDREW TERRY,

19 (hereinafter the Parties) by and through their counsel of record, hereby request the court to

20 dismiss the above referenced case, with prejudice as to all parties and causes of action.

21                                          Respectfully submitted,

22

23 Dated: 8-21-14            By: _____
                                 Mina L. Ramirez, Esq.
24                               Kevin M. Massoni, Esq.
                                 Attorneys for Plaintiff Zinate Saveh
25

---

*JOINT NOTICE OF DISMISSAL*
*Saveh v. Walgreens, et al. Case No. 1:13-cv-00260-AWI-BAM*

Dated: 8/21/2014

By: _____
Scott M. Plamondon, Esq.
Chelcey E. Lieber, Esq.
Attorneys for Defendants Walgreen Co.,
and Andrew Terry

## ORDER

Pursuant to the foregoing this Court dismisses the entire case with prejudice.

**IT IS SO ORDERED**

Dated: 8-21-14                    _____
                                   UNITED STATES DISTRICT JUDGE